UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Reginald Von Terrell #127874

Case No.  15-mc-80202-JD

**ORDER OF SUSPENSION**

      Because Reginald Von Terrell has failed to respond to the Order to Show Cause, Reginald Von Terrell's membership in the bar of this Court is hereby suspended.

      **IT IS SO ORDERED**.

Dated:  May 3, 2016

_____

JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Reginald Von Terrell #127874

Case No.  15-mc-80202-JD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 5/3/2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

REGINALD  VON TERRELL
PO Box 13315
Oakland, CA 94661

Dated: 5/3/2016

Susan Y. Soong
Clerk, United States District Court

By:  *Lisa R. Clark*

_____
Lisa R. Clark, Deputy Clerk to the
Honorable   James Donato